IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL ORJI,

    Petitioner,

v.

WARDEN E. EMMERICH
FCI OXFORD,

    Respondent.

ORDER

Case No. 26-cv-175-jdp

Petitioner Michael Orji's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 was recently transferred to this court from the U.S. District Court of Columbia. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 27, 2026. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 24, 2025 through the date of the petition, February 24, 2026.

ORDER

IT IS ORDERED that:

1. Petitioner Michael Orji may have until March 27, 2026, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 27, 2026, I will assume that petitioner wishes to withdraw this petition.

Entered this 27th day of February, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge